UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| YELLOWSTONE PARTNERS, INC. and DENNIS TODD HAGEMANN, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.: 5:10-CV-85-FL |

## MOTION TO APPOINT RECEIVER

Pursuant to Section 6c of the Commodity Exchange Act ("CEA"), 7 U.S.C. § 13a-1 (2006), Plaintiff, U.S. Commodity Futures Trading Commission ("Commission"), respectfully moves this Court to appoint a receiver to assume control of, marshal, preserve and distribute assets held in the name of, for the benefit of, or in the control or management of Dennis Todd Hagemann and/or Yellowstone Partners, Inc., and to protect and manage those assets pending further order of the court.

1

Date: 3/1/11                               Respectfully submitted by,

/s/ Jason A. Mahoney
Jason A. Mahoney
Trial Attorney
jmahoney@cftc.gov
D.C. Bar No. 489276

John Dunfee
Chief Trial Attorney
jdunfee@cftc.gov
D.C. Bar No. 461549

Paul Hayeck
Associate Director
phayeck@cftc.gov
Massachusetts Bar No. 554815

Attorneys for Plaintiff
U.S. Commodity Futures Trading Commission
Division of Enforcement
Three Lafayette Centre
1151 21st Street NW
Washington, DC 20581
(202) 418-5000 (phone)
(202) 418-5523 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that on ___3/1/11___, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties, and I hereby certify that I have sent the document via UPS Overnight to:

Dennis Todd Hagemann
Inmate # 274647
Wake County Detention Center
3301 Hammond Rd.
Raleigh, NC 27603

                              Jason A. Mahoney
                              Trial Attorney
                              jmahoney@cftc.gov
                              D.C. Bar No. 489276

                              Attorney for Plaintiff
                              U.S. Commodity Futures Trading Commission
                              Division of Enforcement
                              Three Lafayette Centre
                              1151 21st Street NW
                              Washington, DC 20581
                              (202) 418-5000
                              (202) 418-5523 (fax)

3

Case 5:10-cv-00085-FL   Document 41   Filed 03/01/11   Page 3 of 4