<u>**EXHIBIT A**</u>

McDANIEL & ANDERSON, L.L.P.
ATTORNEYS AT LAW
POST OFFICE BOX 58186
RALEIGH, NORTH CAROLINA 27658

L. BRUCE McDANIEL                                  TELEPHONE : (919) 872-3000
WILLIAM E. ANDERSON                                TELEFAX :   (919) 790-9273
JOHN M. KIRBY

May 13, 2011

L. Bruce McDaniel
McDaniel & Anderson, L.L.P.
Post Office Box 58186
Raleigh, North Carolina  27658

Receivership/Attorney Professional Services Rendered
From the Period From March 31, 2011 to May 10, 2011

---

|   Date   | Professional Services | Hours |
|----------|----------------------|-------|
| 04-01-11 | Review of appointment court order; research; and related telephone calls with CFTC attorney. | 1.75 |
| 04-05-11 | Research. | 1.90 |
| 04-08-11 | Telephone call to CFTC attorney. | .20 |
| 04-11-11 | Review of initial documents and correspondence and related telephone call to CFTC attorney. | .45 |
| 04-13-11– 04-15-11 | Review, study, and organization of CFTC's examination reports and related documents. | 3.75 |
| 04-15-11 | Emails from CFTC regarding receivership documents and related correspondence from CFTC. | .40 |
| 04-15-11 | Organization of files. | .45 |
| 04-15-11 | Telephone calls with federal clerk regarding judge's preferences in the filing processes involved in receivership. | .35 |
| 04-18-11 | Letter from CFTC attorney regarding receivership documents and related disk. | .20 |

| | | |
|---|---|---|
| 04-19-11 | Letter to federal judge and related telephone calls; organization of materials and subfiles; and initial work regarding the process of notification of receivership to third parties. | 1.15 |
| 04-19-11 | Letter from CFTC regarding hiring of accountant. | .25 |
| 04-20-11 | Telephone call from accountant; review of documents from CFTC; letters to trading corporation for closing of trading account. | .80 |
| 04-21-11 | Telephone call to trading account representative regarding closing out of old account and documentation with respect thereto. | .20 |
| 04-26-11 | Telephone call from CFTC attorney, discussing parameters of receivership work. | .33 |
| 04-27-11 | Organization of file; telephone call to accountant; fax to reported receivership boat bailee; and telephone calls regarding bank statements and tax returns. | 1.75 |
| 04-28-11 | Emails from CFTC attorney; telephone calls closing outstanding bank accounts; fax letter to radio station to recover advertisement money advanced with receivership funds; telephone calls and correspondence to close out Wells Fargo accounts; and telephone calls regarding condition of receivership boat. | 2.25 |
| 04-29-11 | Telephone call from father of receivership subject regarding receivership assets; telephone call from CFTC attorney regarding miscellaneous receivership problems; letter to former partner/affiliate of receivership entity regarding payment of deficit funding; and telephone call regarding location of documents. | 1.20 |
| 04-29-11 | Telephone call from Secretary of State regarding receivership entities; miscellaneous emails from CFTC attorney; telephone call from boat service entity holding boat; telephone call about automobile; telephone call to Baltimore, Maryland attorney regarding sale of Maryland real estate; and telephone calls for and from | |

|  |  |  |
|---|---|---|
|  | Maryland real estate agent regarding sale of realty. | 1.23 |
| 04-29-11 | Telephone calls with car dealerships concerning value of receivership car; and telephone call from Hagemann's criminal appointed attorney. | 1.49 |
| 04-30-11 | Email concerning proposed offer to buy receivership car. | .30 |
| 05-02-11 | Telephone call from Credit Union about receivership account; telephone call from and to creditor receivership concerning unpaid capital payment for collection; telephone calls regarding valuation and/or sale of car and boat; emails to and letter from Baltimore, Maryland attorney to locate real estate agent in Baltimore, Maryland for sale of Baltimore, Maryland real estate; and telephone call from Maryland realtor. | 1.28 |
| 05-03-11 | Telephone calls regarding proposed valuation of and/or sale of car; review of trading account documentation and related documents; review of boat pictures and related telephone calls; letter to Bank of America regarding closeout of bank accounts; and email from and to Maryland realtor regarding proposed sale of Maryland real estate. | 2.15 |
| 05-03-11 | Telephone calls regarding valuation and sale of car; closing out First Citizens Bank account; and opening new fiduciary account. | .80 |
| 05-04-11 | Email from proposed car buyer; email from CFTC attorney; telephone call to accountant regarding tax returns; telephone calls with Hagemann's public defender regarding location of old tax returns and preparation of new tax returns; letter to bank regarding closeout of Global Forex trading account; and telephone calls to determine value and/or sale of car. | 1.43 |
| 05-04-11 | Long distance call to CFTC regarding pending matters. | .19 |
| 05-05-11 | Telephone calls with Bank of American representatives to try to get account closed and net |  |

|  |  |  |
|---|---|---|
|  | checks to paid to receivership; miscellaneous car calls; telephone call from Hagemann's attorney; and miscellaneous bank calls. | 1.75 |
| 05-06-11 | Miscellaneous car calls; telephone calls to Credit Union to try to get accounts closed; telephone call from Chocowinity, North Carolina attorney regarding sale of receivership realty; and telephone calls regarding receivership report to court. | 1.90 |
| 05-07-11 | Two closeout letters for banks to document closeout; request bank balance checks for receivership. | .50 |
| 05-07-11 | Preparation of receivership report. | 1.80 |
| 05-09-11 | Letter from Mrs. Hagemann regarding assets in possession; telephone from Hagemann's court appointed defense attorney; telephone call from Maryland realtor; emails from and to Maryland realtor; telephone call from radio station regarding money paid for advertisement of receivership entities, directly or indirectly; and letter to that station for return of money. | .65 |
| 05-10-11 | Telephone call from CFTC attorney regarding receivership report, car and boat sales, and expenses for preserving Maryland realty; telephone call from car appraiser; review of Forex Capital trading account statements for receivership; and revision to receivership report to court. | 1.22 |
|  | Total Hours: | 34.07 |

Total Hours: 34.07 @ $300/hour = receivership fees: $10,221.00

| | | |
|---|---|---|
| 04-05-11 | Paralegal charges for printing receivership documents from CFTC and trading account disks. | 8.95 |

8.95 hours @ $50/hour: $ 447.50

Total Fees: $10,668.50

<u>Expenses Paid</u>:

   Expense for run off and printing of CFTC
   and trading account documents on disks:
   3,823 copies @ $.05 per page:       $  195.90

04-05-11 Mileage charge to Supreme Court Library
      in Raleigh, North Carolina for receivership
      research (14 @ $.55):          7.70

04-15-11- Photocopy Charges:           <u>  51.00</u>
05-10-11

          Total Expenses:  $  254.60

       Total Fees and Expenses:  $10,923.10


/s/L. Bruce McDaniel_____
L. Bruce McDaniel, Receiver

5