IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-85-FL

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| YELLOWSTONE PARTNERS, INC. and DENNIS TODD HAGEMANN, | ) ) ) | |
| Defendants. | ) | |

This matter comes before the court on the unopposed motion of the receiver, L. Bruce McDaniel, to sell certain real estate in his possession (DE # 52). Specifically, the receiver seeks permission to sell property formerly in the name of defendant Dennis Todd Hagemann, located at 1110 West Cross Street, Baltimore, Maryland 21230, the legal description of which is Section 7, Block 855, Lot 39, Parcel ID No. 21-07-0855-039, located in Baltimore City, Maryland ("the Property"). For good cause shown, the motion is GRANTED, and the receiver is authorized to sell the Property as set forth in the motion and accompanying residential contract of sale.

SO ORDERED, this the 19th day of July, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge