IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, Plaintiff | ) ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE No. 5:10-CV-85-FL |
| YELLOWSTONE PARTNERS, INC. and DENNIS TODD HAGEMANN, Defendants | ) ) ) | |

ORDER

THIS MATTER COMES before the court on the unopposed motion of the receiver L. Bruce McDaniel to sell a motor vehicle in the name of the subject defendant Dennis Todd Hagemann, identified as a 2005 Aston Martin DB9 Coupe VIN: SCFAD01A65GA00894 (the "Subject Auto") to proposed purchaser Motorcar Investments of Raleigh, North Carolina. For good cause shown, the motion is GRANTED and the receiver is authorized to sell the 2005 Aston Martin DB9 Coupe VIN: SCFAD01A65GA00894 to Motorcar Investments located at 5641 Hillsborough Street, Raleigh, North Carolina 27606, for the sum of $42,000, as set forth in the receiver's motion.

IT IS FURTHER ORDERED that the North Carolina Division of Motor Vehicles is ordered to transfer the title of this 2005 Aston Martin DB9 Coupe VIN: SCFAD01A65GA00894 to Motorcar Investments located at 5641 Hillsborough Street, Raleigh, North Carolina 27606.

SO ORDERED, this the 19th day of October, 2011.

_____
Louise W. Flanagan
U.S. District Judge