IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-85-FL

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, Plaintiff | ) ) ) ) | |
| v. | ) ) | ORDER FOR SALE OF REAL ESTATE |
| YELLOWSTONE PARTNERS, INC. and DENNIS TODD HAGEMANN, Defendants | ) ) ) | |

This matter comes before the court on the unopposed motion of the Receiver, L. Bruce McDaniel, to sell certain real estate in his possession (DE # 93). Specifically, the Receiver seeks permission to sell property formerly in the name of Heritage Real Estate Holdings, LLC, a General Partner of which was defendant Dennis Todd Hagemann, located in Number Two (2) Township, Pamlico County, North Carolina, the legal descriptions of which are Lot Number 9 Oriental Plantation, Section 5, as said lots are shown on a map or plat recorded in Plat Cabinet A, Slides 151-16, 151-17, and 151-18, and Boat Slip No. 5 as more fully described in Condo Book 1, Page 72-74, Pamlico County Registry ("the Property"). For good cause shown, the motion is GRANTED, and the Receiver is authorized to sell the Property as set forth in the motion and accompanying contract of sale.

SO ORDERED, this the 14th day of January, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge