IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-85-FL

| U.S. COMMODITY FUTURES TRADING COMMISSION, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| YELLOWSTONE PARTNERS, INC. and DENNIS TODD HAGEMANN, | ) ) ) | |
| Defendants. | ) | |

This matter comes before the court on motion by the receiver for order authorizing the receiver to deed over to Oriental Plantation Owners Association, Inc., certain remaining real estate in the possession of the receiver. Also before the court is correspondence from the receiver regarding the same, including exhibits attached thereto including a notice of non-acceptance of deed provided by Pamlico County Department of Revenue, and a non-warranty deed executed April 11, 2013. As a preliminary matter, the court CONSTRUES such correspondence and exhibits as a supplement to the motion, and the court DIRECTS the clerk to file them on the docket as such.

With respect to the merits of the motion, the court previously granted on April 1, 2013, the receiver's motion for order of sale of the subject property, in furtherance of the duties of the receiver as required by the court's March 31, 2011, order appointing the receiver. The present motion, referencing such order, describes refusal by Pamlico County Department of Revenue to accept the deed, and agreement instead by Oriental Plantation Owners Association, Inc., to accept the deed in consideration of unpaid homeowners dues in the amount of $3,573.55. Upon review of the motion,

and in light of the court's previous authorization to the receiver to deed over the subject property, the court finds good cause shown, and the motion is GRANTED. The receiver is authorized to deed over the subject property as set forth in the motion, specifically, to deed over to Oriental Plantation Owners Association, Inc., property identified in the Receiver's motion as Lot Numbers 5 and 5A, Oriental Plantation, Pamlico County Registry, further identified in the Warranty Deed to the receiver dated November 29, 2011, and recorded on December 23, 2011 in Book 562, Page 421-423, Registry of Pamlico County.

SO ORDERED, this the 16th day of April, 2014.

LOUISE W. FLANAGAN
United States District Judge