

# McDANIEL & ANDERSON, L.L.P.

ATTORNEYS AT LAW
4942 WINDY HILL DRIVE
POST OFFICE BOX 58186
RALEIGH, NORTH CAROLINA 27658

L. BRUCE McDANIEL
WILLIAM E. ANDERSON

TELEPHONE
(919) 872-3000

TELEFAX
(919) 790-9273

April 24, 2014

BY FACSIMILE: 252-638-1529
AND U.S. MAIL

Hon. Louise W. Flanagan
U.S. District Judge
Eastern District of N.C.
413 Middle Street
New Bern, North Carolina   28560

Re:  U.S. Commodity Futures Trading Commission
v. Yellowstone Partners, Inc. and
Dennis Todd Hagemann
Case No. 5:10-CV-85-FL

Dear Judge Flanagan:

Enclosed herewith is a courtesy copy of my Revised Final
Report, Application for Final Payment of Receivership Fees, and
Motion to Close Out Receivership Case with proposed Order for
your consideration in connection with the subject case.  This
report is being sent directly to you because I have found that
the Clerk's Office will otherwise hold onto the motion at least
two weeks before it is forwarded to you for your consideration,
and in view of the considerable time involved in the administra-
tion of this receivership estate, with increasing creditor
inquiries, I felt it would be appropriate to get this document,
along with the proposed order, to you as soon as possible.

Thank you for your consideration in these regards and if
you have any questions with regard to this matter, please have
your Clerk contact me at the address and/or phone number shown
above.

Sincerely yours,

McDANIEL & ANDERSON, L.L.P.

L. Bruce McDaniel
Receiver

LBMcD/kw
Enclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, Plaintiff | ) ) ) ) |
| v. | ) ) CIVIL ACTION FILE No. 5:10-CV-85-FL |
| YELLOWSTONE PARTNERS, INC. and DENNIS TODD HAGEMANN, Defendants | ) ) ) ) |

RECEIVER'S REVISED FINAL REPORT,
APPLICATION FOR FINAL PAYMENT OF RECEIVERSHIP FEES,
AND MOTION TO CLOSE OUT RECEIVERSHIP CASE

NOW COMES the Receiver, L. Bruce McDaniel, and hereby files this Revised Final Report, Final Application for Receivership Fees, and Motion to Close Out Receivership Case.

IN SUPPORT THEREOF, the Receiver would show the court as follows:

RECEIVER'S REVISED FINAL REPORT

Background Facts

1. On March 9, 2011, the United States Commodity Futures Trading Commission filed a complaint for injunctive relief, civil monetary penalties, and other equitable relief including the appointment of Receiver in the subject proceedings. On March 31, 2011, the court issued an order appointing attorney

L. Bruce McDaniel of Raleigh, North Carolina as Receiver and he continued to function in that capacity to the date hereof.

2. Since his appointment, the Receiver has reconstructed all relevant bank accounts, has identified all rightful claimants, and has liquidated all assets of the receivership estate to cash. The receivership estate is now ready to be closed.

## Investor Claims

3. Pursuant to previous court order, the Receiver established claim procedures and the approval of a claim form, all approved by the court. The precise amount ordered to be distributed to investors, totaling $254,173.39, was duly paid to claimants who made claims against the receivership estate, the precise amount ordered by the court. Those checks were duly issued and all have been cashed or otherwise negotiated, with the result that there now remains in the receivership estate the exact amount of $112.43, the amount roughly estimated by the Receiver to be available after the negotiation of the distribution checks.

## Litigation

4. There has been and as of the date hereof no litigation involving the receivership estate.

2

## Professional Fees

5.   Other than discussed herein, there are no pending and
unpaid legal fees applied to be paid to the Receiver or any
other professional.

### APPLICATION FOR FINAL PAYMENT OF RECEIVERSHIP FEES

6.   In view of the foregoing, the Receiver hereby requests
that the court enter an order ordering the payment to him of the
balance in the receivership estate bank account of $112.43, or
such reduced amount as may be available in the event the bank
charges several dollars for the Receiver's use of counterchecks
in order to make all the distributions previously ordered by the
court, in consideration of the Receiver's forbearance of some
$590.00, being the shortfall on the Receiver's last application
for fees due to the unavailability of receivership estate funds,
as well as the subsequent and ongoing work by the Receiver,
including the work necessary to close out the receivership
estate, close the bank account, handle residual claimant
correspondence, and other miscellaneous correspondence, and
other similar termination matters involved in the termination of
the receivership estate, as well as storing the receivership
records for a reasonable amount of time and subsequently
disposing of the same.

3

## MOTION TO CLOSE OUT RECEIVERSHIP CASE

7.  In view of the foregoing, the Receiver hereby moves the court to enter an order approving the Receiver's Revised Final Report set forth hereinbefore, ordering the payment of the net amount in the receivership estate bank account of some $112.43 or such lesser amount as may be available in the bank account at that time, in order to close out the bank account, and otherwise terminate the receivership and close the subject case.

8.  More specifically, the Receiver requests that the court enter an order that the Receiver retain the receivership records for a reasonable time thereafter and, at his discretion, subsequently abandon and/or destroy all records relating to the receivership estate as the Receiver subsequently deems proper, closing the receivership estate to any further proceedings, absent any good cause shown, and discharging the Receiver from any further services or responsibility to the receivership estate.

This the 24th day of April, 2014.

/s/L. Bruce McDaniel
L. Bruce McDaniel
Receiver for Defendants
N.C. State Bar No. 5025
Post Office Box 58186
Raleigh, North Carolina 27658
Tel:  (919) 872-3000
Fax:  (919) 790-9273
mcdas@mcdas.com

4

Case 5:10-cv-00085-FL   Document 160   Filed 04/24/14   Page 5 of 9

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served a copy of the foregoing document upon all parties of record by depositing a copy of the same in the custody of the U.S. Postal Service, first class postage prepaid, addressed as follows:

Dennis Todd Hagemann
Inmate No. 1274358
Individually & as President of
Yellowstone Partners, Inc.
Nash Correctional Center
Box 600
Nashville, NC  27856

Mr. Jason Mahoney
U.S. Commodity Futures
   Trading Commission
Three Lafayette Center
Washington, DC  20581

Federal Trade Commission
ATTN:  Gregory A. Ashe
600 Pennsylvania Avenue, N.W.
Room NJ-3158
Washington, D.C.  20580

This the 24th day of April, 2014.

/s/L. Bruce McDaniel
L. Bruce McDaniel
Receiver for Defendants
N.C. State Bar No. 5025
Post Office Box 58186
Raleigh, North Carolina 27658
Tel:  (919) 872-3000
Fax:  (919) 790-9273
mcdas@mcdas.com

Case 5:10-cv-00085-FL   Document 160   Filed 04/24/14   Page 6 of 9

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, Plaintiff | ) ) ) |
| | ) |
| v. | ) ) |
| YELLOWSTONE PARTNERS, INC. and DENNIS TODD HAGEMANN, Defendants | ) ) ) |

CIVIL ACTION FILE
No. 5:10-CV-85-FL

### ORDER APPROVING RECEIVER'S REVISED FINAL REPORT, APPLICATION FOR FINAL PAYMENT OF RECEIVERSHIP FEES, AND TERMINATING RECEIVERSHIP CASE

THIS MATTER COMNIG BEFORE THE COURT on the unopposed motion of the Receiver, L. Bruce McDaniel, upon his Revised Final Report, Application for Final Payment of Receivership Fees, and Motion to terminate and otherwise close out the subject receivership case.

This report, application for final fees, and motion to close out this receivership case was unopposed by parties to this action, Yellowstone Partners, Inc. and Dennis Todd Hagemann, as well as the U.S. Commodity Futures Trading Commission, also unopposing this report, application, and motion.

The court has reviewed this Revised Final Report, the Receiver's Application for Final Payment of Receivership Fees,

and Motion to Close Out Receivership Case, together with all
other papers on file in this action. The court also notes that
pursuant to the Receiver's Report, Application, and Motion to
terminate receivership case, that all interested parties have
the right to file objections to the requests by the Receiver,
and no objections have been filed.

Being so informed, the court finds that good and sufficient
funds exist for the relief requested by the Receiver's report,
application, and motion.

Accordingly, IT IS ORDERED that:

1.  The Receiver's Revised Final Report is approved in all
respects.

2.  The Receiver's Application for Final Payment of
Receivership Fees in the amount of $112.43, or such lesser
amount as may be available at the time the receivership estate
bank account is closed out, be paid for unpaid services rendered
by the Receiver as noted in his Application relating thereto.

3.  The Receiver's Motion to Close Out Receivership Case
be, and it hereby is, granted in all respects, and more
specifically the Receiver is authorized to retain the
receivership documents for a reasonable time hereafter, and
thereafter in his discretion to abandon and/or destroy all
records relating to the receivership case, and that the

2

Receiver, effective as of the date of this order, is discharged

from any further services or responsibilities to the

receivership estate.

SO ORDERED, this _____ day of April, 2014.

Louise W. Flanagan
United States District Judge