IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES | ) | |
| TRADING COMMISSION, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | No. 5:10-CV-85-FL |
| YELLOWSTONE PARTNERS, INC. | ) | |
| and DENNIS TODD HAGEMANN, | ) | |
|     Defendants | ) | |

ORDER APPROVING RECEIVER'S REVISED FINAL REPORT,
APPLICATION FOR FINAL PAYMENT OF RECEIVERSHIP FEES,
AND TERMINATING RECEIVERSHIP CASE

THIS MATTER COMING BEFORE THE COURT on the unopposed motion of the Receiver, L. Bruce McDaniel, upon his Revised Final Report, Application for Final Payment of Receivership Fees, and Motion to terminate and otherwise close out the subject receivership case.

This report, application for final fees, and motion to close out this receivership case was unopposed by parties to this action, Yellowstone Partners, Inc. and Dennis Todd Hagemann, as well as the U.S. Commodity Futures Trading Commission, also unopposing this report, application, and motion.

The court has reviewed this Revised Final Report, the Receiver's Application for Final Payment of Receivership Fees,

and Motion to Close Out Receivership Case, together with all other papers on file in this action.  The court also notes that pursuant to the Receiver's Report, Application, and Motion to terminate receivership case, that all interested parties have the right to file objections to the requests by the Receiver, and no objections have been filed.

Being so informed, the court finds that good and sufficient funds exist for the relief requested by the Receiver's report, application, and motion.

Accordingly, IT IS ORDERED that:

1.  The Receiver's Revised Final Report is approved in all respects.

2.  The Receiver's Application for Final Payment of Receivership Fees in the amount of $112.43, or such lesser amount as may be available at the time the receivership estate bank account is closed out, be paid for unpaid services rendered by the Receiver as noted in his Application relating thereto.

3.  The Receiver's Motion to Close Out Receivership Case be, and it hereby is, granted in all respects, and more specifically the Receiver is authorized to retain the receivership documents for a reasonable time hereafter, and thereafter in his discretion to abandon and/or destroy all records relating to the receivership case, and that the

Receiver, effective as of the date of this order, is discharged from any further services or responsibilities to the receivership estate.

SO ORDERED, this <u>9th</u> day of May, 2014.

*Louise W. Flanagan* (signature)
Louise W. Flanagan
United States District Judge